[No. 6,115.]
## DOUGLAS v. FULDA ET AL.

NEW TRIAL—STATEMENT—APPEAL—TRANSCRIPT—TAXATION OF COSTS.

Department No. 1, by the COURT (from the Bench):

The judgment was both *rendered* and *entered* more than a year before the appeal was taken.   The appeal from the judgment, therefore, must be dismissed.

The order denying a new trial must be affirmed.   There are no specifications of the particulars in which the evidence was insufficient, and no error of law occurring at the trial was insisted on at the argument here.

At the hearing of the motion to retax costs, the facts were found by the Court below, after reading the affidavits filed by both parties.   We are satisfied with that finding.

The transcript is subject to many of the objections referred to in deciding *Douglas* v. *Fulda* (54 Cal. 588.)

Appeal from judgment dismissed and orders affirmed.

---

[No. 6,108.]
## MIX v. BOOTHE.

APPEAL—DAMAGES.

Department No. 2, by the COURT (from the Bench):

In this cause, there being no appearance on behalf of appellant, and no points or authorities filed by him, and this Court being satisfied that the appeal was taken for delay, the judgment of the Court below is affirmed, with ten per cent. damages.